McGREGOR W. SCOTT
United States Attorney
KYLE R. RATLIFF
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:17-po-00549-JLT |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION FOR CONTINUANCE |
| | ) | |
| v. | ) | |
| | ) | |
| JUAREZ ORDONEZ, | ) | |
| | ) | |
| Defendant | ) | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Kyle R. Ratliff, Special Assistant United States Attorney, hereby moves to continue Case Number 5:17-po-00549-JLT against Juarez Ordonez to Friday, June 29, 2018. This motion is caused by the unavailability of the courtroom located at Edwards AFB, CA, due to a court-martial. The United States has contacted the Defendant, and the Defendant agrees to the continuance.

Dated: June 7, 2018　　　　Respectfully Submitted,
　　　　　　　　　　　　　McGregor W. Scott
　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　*Kyle R. Ratliff* (signature)

　　　　　　　　　　　　　Kyle R. Ratliff
　　　　　　　　　　　　　Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case Number 5:17-po-00549-JLT against Juarez Ordonez be continued to Friday, June 29, 2018, in the interest of justice.

Dated: _____June 7__, 2018

_____
HON. JENNIFER L. THURSTON
United States Magistrate Judge